AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Batchelder, Alice M. | 6th Cir. Ct. of Appeals | 06/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Intellectual Property Law & Technology Advisory Council - University of Akron School of Law |
| 2. | Member | Board of Trustees - Grove City College - see note 1 |
| 3. | Member | Board of Directors - Foundation for Research on Economics and the Environment |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>*(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | OPERS - pension |
| 2. 2015 | University of Akron School of Law and Bliss Institute -- teaching salary |
| 3. 2015 | Cleveland State University School of Law -- teaching salary |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alliance Defending Freedom | August 4-6 | Tucson, AZ | seminar presentation | transportation, lodging, and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Nat'l Bank of Wyoming | Mtge/Note on Property # 23 | K |
| 2. | Farmers Savings Bank | Mtge/Note on Property # 9 | L |
| 3. | Westfield Bank | Mtge/Note on Properties 1, 8, 14, 20 | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Account # 1 -- IRA | B | Dividend | L | T | | | | | |
| 2. - Sequoia Financial Group Cash Account -- see note 2 | | | | | | | | | |
| 3. - iSHARES TR 1-3 yr Treas Index Fd | | | | | Sold | 12/07/15 | J | A | |
| 4. - iSHARES Trust MSCI EAFE Index Fund | | | | | Sold | 12/07/15 | J | A | |
| 5. - Vanguard INTL Equity ET Index FDS FTSE Emerging MKTS ETF | | | | | Sold | 12/07/15 | J | A | |
| 6. -First Trust Dow Jones : Global Select Divident Index Fund | | | | | Sold | 12/07/15 | J | A | |
| 7. - AMG Funds Yacktman Focused Fund Instl Class | | | | | Sold | 12/07/15 | J | A | |
| 8. - First Eagle FDS Inc Global FD Cl I | | | | | Sold | 12/07/15 | J | A | |
| 9. - FPA New Income Inc FPNIX | | | | | Sold | 12/07/15 | J | A | |
| 10. - PIMCO Unconstrained BS Fund CL Institutional | | | | | Sold | 12/07/15 | J | A | |
| 11. - PIMCO All Asset All Authority FD CL I | | | | | Sold | 12/07/15 | J | A | |
| 12. - FPA FDS TR FPA Cresent Portfolio Inslt Cl Shs | | | | | Sold | 12/07/15 | J | A | |
| 13. RPG Guggenheim S&P500 Pure Growth | | | | | Buy | 12/07/15 | J | | |
| 14. QAI IQ Hedge Multi Strategy | | | | | Buy | 12/07/15 | J | | |
| 15. PIZ Powershares DWA Dev. Mkt | | | | | Buy | 12/07/15 | J | | |
| 16. PCY Powershares Emerging Mkt | | | | | Buy | 12/07/15 | J | | |
| 17. PHB Powershares Fund Hi Yield | | | | | Buy | 12/07/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCHE Schwab Emerging Mkt | | | | | Buy | 12/07/15 | J | | |
| 19. FNDFSchwab Fundamental lg | | | | | Buy | 12/07/15 | J | | |
| 20. SCHF Schwab Intl Equity | | | | | Buy | 12/07/15 | J | | |
| 21. SCHZ Schwab US Aggr. Bond | | | | | Buy | 12/07/15 | J | | |
| 22. SCHV Schwab US large value | | | | | Buy | 12/07/15 | J | | |
| 23. RWO SPDR Dow Jones Global | | | | | Buy | 12/07/15 | J | | |
| 24. GII SPDR S&P Global Infra | | | | | Buy | 12/07/15 | J | | |
| 25. Account #2 - IRA | B | Dividend | M | T | | | | | |
| 26. -Sequoia Financial Group Cash Account see note 2 | | | | | | | | | |
| 27. - iSHARES TR 1-3 yr Treas Index Fund | | | | | Sold | 12/07/15 | J | A | |
| 28. - iSHARES 1-3 Yr. Credit Bond | | | | | Sold | 12/07/15 | J | A | |
| 29. - JM Smucker Co stock | | | | | Sold | 12/07/15 | J | A | |
| 30. - RPM Intl. Inc | | | | | Sold | 12/07/15 | J | A | |
| 31. - Vanguard Div. Appreciation | | | | | Sold | 12/07/15 | J | A | |
| 32. - Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Sold | 12/07/15 | J | | |
| 33. - AMG Funds Yacktman Focused Fund Instl Class | | | | | Sold | 12/07/15 | J | A | |
| 34. - First Eagle FTS Inc Global FD Cl I | | | | | Sold | 12/07/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - FPA New Income IN FPNIX | | | | | Sold | 12/07/15 | K | A | |
| 36.  - PIMCO Unconstrained RD Fund CL Inst. PFIUX | | | | | Sold | 12/07/15 | J | A | |
| 37.  - PIMCO All Asset All Authority Fd Cl I | | | | | Sold | 12/07/15 | J | A | |
| 38.  - FPA FDS TR FPA Crescent Portfolio Instl Cl Shs | | | | | Sold | 12/07/15 | J | A | |
| 39.  - First Trust Industrials -- see note 3 | | | | | Sold | 06/27/14 | J | A | |
| 40.  - Putnam Div. Inc. Tr. -- see note 3 | | | | | Sold | 06/27/14 | K | B | |
| 41.  RPG | | | | | Buy | 12/07/15 | J | | |
| 42.  QUI | | | | | Buy | 12/07/15 | J | | |
| 43.  PIZ | | | | | Buy | 12/07/15 | | | |
| 44.  PCY | | | | | Buy | 12/07/15 | J | | |
| 45.  PHB | | | | | Buy | 12/07/15 | J | | |
| 46.  SCHE | | | | | Buy | 12/07/15 | J | | |
| 47.  FNDF | | | | | Buy | 12/07/15 | J | | |
| 48.  SCHF | | | | | Buy | 12/07/15 | J | | |
| 49.  SCHZ | | | | | Buy | 12/07/15 | J | | |
| 50.  SCHV | | | | | Buy | 12/07/15 | J | | |
| 51.  RWD | | | | | Buy | 12/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. GII | | | | | Buy | 12/07/15 | J | | |
| 53. Account #3 - IRA | B | Dividend | K | T | | | | | |
| 54. - Sequoia Financial Group Cash Account -- see note 2 | | | | | | | | | |
| 55. - Midcap 400 Value Index Fund | | | | | | | | | |
| 56. - Midcap 400 Growth Index Fund | | | | | | | | | |
| 57. - iSHARES TRUST MSCI EAFEIndex Fund | | | | | | | | | |
| 58. - iSHARES BOXX Investment Grade Corp | | | | | | | | | |
| 59. - iSHARES TR 1-3 yr Treas Index Fund | | | | | | | | | |
| 60. - iSHARES S&P 500 Value Index Fund | | | | | | | | | |
| 61. - iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 62. Real Estate (H) - see Part VIII, note 5 | | | | | | | | | |
| 63. Prop. # 1 -- duplex -- Medina, Ohio | D | Rent | M | Q | | | | | |
| 64. Prop. # 2 -- 2-family -- Medina, Ohio (1/3 interest) | C | Rent | K | Q | | | | | |
| 65. Prop. # 3 -- Single family -- Medina, Ohio (1/3 interest) | B | Rent | K | Q | | | | | |
| 66. Prop. # 4 -- 4 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | M | Q | | | | | |
| 67. Prop. # 5 -- 2 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | L | Q | | | | | |
| 68. Prop. # 6 -- 2-fam. & 3-fam. Houses -- Medina, OH (1/2 int) | D | Rent | L | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prop. # 7 -- Apartments -- Medina, Ohio (1/3 interest) | E | Rent | N | Q | | | | | |
| 70. Prop. # 8 -- 2 duplex units -- Medina OH | D | Rent | M | Q | | | | | |
| 71. Prop. # 9 -- Farm -- Lodi, OH | D | Rent | O | Q | | | | | |
| 72. Prop. # 10 -- hog feeder, Lodi, OH (1/5 int) | | None | J | W | | | | | |
| 73. Prop. # 11 -- single family -- Medina OH | D | Rent | M | Q | | | | | |
| 74. Prop. # 12 -- single family -- Medina, OH (1/2 interest) | C | Rent | K | Q | | | | | |
| 75. Prop. # 13 -- Commercial bldg -- Medina OH (2/3 interest) | E | Rent | N | Q | | | | | |
| 76. Prop. # 14 -- duplex -- Medina, OH | D | Rent | M | Q | | | | | |
| 77. Prop. # 15 -- vacant lot -- Medina, OH (1/2 interest) | | None | K | Q | | | | | |
| 78. Prop. # 16 -- Vacant land -- Medina, OH | | None | M | Q | | | | | |
| 79. Prop. # 17 -- single family -- Medina, OH | D | Rent | M | Q | | | | | |
| 80. Prop. # 18 -- single family -- Medina OH (1/2 interest) | C | Rent | K | W | | | | | |
| 81. Prop. # 19 -- commercial bldg -- Medina OH | D | Rent | M | Q | | | | | |
| 82. Prop. # 20 -- Comm. Bldg with apt. -- Medina OH | D | Rent | M | Q | | | | | |
| 83. Prop. # 21 -- Vacant land -- Big Horn County, WY | A | Rent | N | W | | | | | |
| 84. Misc. (H) | | | | | | | | | |
| 85. Floating Rate Demand Note -- GE Interest Plus | A | Interest | | | Redeemed | 06/13/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Farmers Savings Bank accounts | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1:The "audit" feature advises me that I should list the assets of the entity of which I am a trustee. I am assuming that this is not true when that entity is an educational institution, and the audit has simply detected the term "trust" in the item. Otherwise, this requirement is ridiculous, and I cannot comply with it.

Note 2: We have changed brokers. This account was formerly the Wells Fargo Bank Deposit Sweep Account.

Note 3: I missed the sale of this asset in the 2014 report.

Note 4: The assets on lines 41-52 are identical to those on lines 13-24. I did not repeat the explanation of the abbreviations.

Note 5: Real Estate assets in Sec. VII whose value method is reported as "Q": I have again used the Medina County Auditor's most recent appraisal figures. I am unable to provide the date of the appraisal in any of these cases because it was not provided to me. These appraisals are the basis for our real estate taxes.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alice M. Batchelder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544